

# Court of Appeals
# Fifth District of Texas at Dallas

## MANDATE

**TO THE 14TH JUDICIAL DISTRICT COURT OF DALLAS COUNTY, GREETINGS:**

Before the Court of Appeals for the Fifth District of Texas, on the 27th day of March, 2018, the cause on appeal to revise or reverse the judgment between

| | |
|---|---|
| STEVEN S. SIMS, Appellant | On Appeal from the 14th Judicial District Court, Dallas County, Texas |
| No. 05-16-00984-CV        V. | Trial Court Cause No. DC-16-03445. Opinion delivered by Justice Lang-Miers, |
| ROSALINE D. SIMS, Appellee | Justices Fillmore and Stoddart participating. |

was determined; and this Court made its order in these words:

In accordance with this Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

**WHEREFORE, WE COMMAND YOU** to observe the order of the Court of Appeals for the Fifth District of Texas, in this behalf, and have it duly obeyed and executed.

**WITNESS** the HON. CAROLYN WRIGHT, Chief Justice of the Court of Appeals, with the Seal thereof affixed, at the City of Dallas, this 6th day of June, 2018.

_____
LISA MATZ, Clerk